UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCISZEK BYSTRON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1014 |
| v. | : | (JUDGE MANNION) |
| **ANGELA HOOVER,** *et al.*, | : | |
| Defendants | : | |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Report of Judge Carlson, **(Doc. 12)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**, under Fed.R.Civ.P. 41(b), due to his failure to prosecute; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: November 2, 2020
20-1014-01-ORDER